Date May 11, 2020

Lisa B. Beaser, Clerk of Court
United States Bankruptcy Court, WDNY

*(Check the appropriate line and submit to the Buffalo or Rochester Clerk's Office, where the case is venued.)*

☐ U.S. Bankruptcy Court, WDNY, 2 Niagara Square, Buffalo, NY 14202

☑ U.S. Bankruptcy Court, WDNY, 100 State Street, Rochester, NY 14614

**FILED MAY 18 2020 BANKRUPTCY COURT ROCHESTER, NY**

Case Name **Interco Systems, Inc.**   Case # **93-20144**

Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ **111,578.38** . I request that the Clerk of Court deposit said funds, ~~in the name of the claimant(s) and in the amounts listed below~~, with the U.S. Treasury as "unclaimed funds." **This check is being transmitted to the Court in accordance with the Trustee's Notice of Abandonment filed on January 27, 2020 entered at Docket No. 628, which was returnable on February 20, 2020, to which no objections were filed.**

N/A ☐ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

N/A ☐ The funds represent dividend payment(s) of less than $5.00 to the affected claimant(s) and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a), **or**

N/A ☐ The funds represent aggregate dividend payment(s) of less than $15.00 to the affected claimant(s) pursuant to Bankruptcy Rule 3010(b) and are deposited with the Court pursuant to 11 U.S.C. 347(a).

Claimant_____ Amount $_____ Claims Register #_____
Last Known Address_____

Claimant_____ Amount $_____ Claims Register #_____
Last Known Address_____

Claimant_____ Amount $_____ Claims Register #_____
Last Known Address_____

Lucien A. Morin, II
Trustee Name - Printed                    /s/ Trustee's Signature