# Notice Recipients

District/Off: 0209–2       User: admin       Date Created: 9/23/2022

Case: 2–93–20144–PRW       Form ID: pdfattch       Total: 4

**Recipients of Notice of Electronic Filing:**

tr       Lucien A. Morin, II       lmorin@mccmlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Interco Systems, Inc.       533 University Avenue       Rochester, NY 14607

aty       Richard A. Calabrese       One East Main Street       10th Floor       Rochester, NY 14614

smg       Office of the U.S. Trustee       100 State Street, Room 6090       Rochester, NY 14614

TOTAL: 3